UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICO MECHANICAL CORP, a California Corporation, and ALFRED CONHAGEN, INC. OF CALIFORNIA, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, in her official capacity of Attorney General for the State of California; CHRISTINE BAKER, in her official capacity as the Director of the California Department of Industrial Relations; DIANE RAVNIK, in her official capacity as the Chief of the California Division of Apprenticeship Standards; and MATT RODRIGUEZ, in his official capacity as California Secretary for Environmental Protection,<br><br>Defendants.<br><br>STATE BUILDING AND CONSTRUCTION TRADES COUNCIL OF CALIFORNIA, AFL-CIO,<br><br>Intervenor-Defendant | No. 2:15-cv-0996 JAM AC (TEMP)<br><br>ORDER |

On May 11, 2016, this matter came before the undersigned for hearing of defendants' motion to compel and notice of request to seal. Attorney Jonathan Barker appeared telephonically on behalf of the plaintiffs. Attorney John Killeen appeared in person on behalf of

1

the defendants.

As discussed at the May 11, 2016 hearing, the court has reviewed the documents sought to be filed under seal and finds that neither party has demonstrated good cause for filing those documents under seal.[1]  See Center for Auto Safety v. Chrysler Group, LLC, 809 F.3d 1092, 1097-1101 (9th Cir. 2016); Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003).  Moreover, with respect to defendants' motion to compel, the court finds that the discovery sought is relevant and proportional to the needs of this case.  Fed. R. Civ. P. 26(b).

Accordingly, upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing and above, IT IS HEREBY ORDERED that:

1. The April 27, 2016 request to seal (ECF No. 37) is denied;

2. The Clerk of the Court is direct to file the documents sought to be filed under seal on the public case docket on May 16, 2016;

3. The parties have until 4:00 p.m. on May 13, 2016, to file a motion for reconsideration before the assigned District Judge, which will stay the filing of the documents on the public case docket;

4. Defendants' February 26, 2016 motion to compel (ECF No. 31) is granted; and

5. Plaintiffs shall produce the responsive documents within fourteen days of the date of this order.

DATED: May 11, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] At the May 11, 2016 hearing, plaintiffs' counsel was unable to provide an argument in support of the filing under seal of many of the documents sought to be filed under seal.