KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
JOHN W. KILLEEN, State Bar No. 258395
Deputy Attorney General (attorney for notice)
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-1968
 Fax:  (916) 324-8835
 E-mail:  John.Killeen@doj.ca.gov
*Attorneys for Kamala Harris, Christine Baker, Diane Ravnik, and Matt Rodriquez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNICO MECHANICAL CORP, a California corporation, and ALFRED CONHAGEN, INC. OF CALIFORNIA, a California Corporation,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, in her official capacity as Attorney General for the State of California; CHRISTINE BAKER, in her official capacity as the Director of the California Department of Industrial Relations; DIANE RAVNIK, in her official capacity as the Chief of the California Division of Apprenticeship Standards; and MATT RODRIQUEZ, in his official capacity as California Secretary for Environmental Protection,**<br><br>Defendants,<br><br>**STATE BUILDING AND CONSTRUCTION TRADES COUNCIL OF CALIFORNIA, AFL-CIO,**<br><br>Intervenor-Defendants. | Case No. 2:15-cv-00996-JAM-DB<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:        November 15, 2016<br>Time:       1:30 p.m.<br>Dept:        6<br>Judge:      Hon. John A. Mendez<br>Action Filed:   5/7/2015 |

Plaintiffs Unico Mechanical Corp. ("Unico") and Alfred Conhagen, Inc., of California ("Conhagen") filed a motion for summary judgment on September 7, 2016.  *See* Dkt. No. 49.  Defendants Kamala Harris, Christine Baker, Diane Ravnik, and Matt Rodriquez (in their respective official capacities) ("State Defendants") filed a cross-motion for summary judgment on October 11, 2016.  *See* Dkt. No. 56.  Intervenor-Defendant State Building Construction Trades Council of California, AFL-CIO ("SBCTC"), also filed a cross-motion for summary judgment on October 11, 2016.  *See* Dkt. No. 55.

The Court heard oral argument on all three motions on November 15, 2016.  At the November 15, 2016, hearing, the Court made oral findings and conclusions, orally denied Unico's and Conhagen's motion for summary judgment, and orally granted the State Defendants' motion for summary judgment and SBCTC's motion for summary judgment.

Based on the pleadings submitted by the parties, the record in this case, the arguments of counsel at the November 15, 2016 hearing, and the Court's oral rulings at the November 15 hearing (which are incorporated by reference into this order), it is hereby ordered that Unico's and Conhagen's motion for summary judgment is DENIED, that the State Defendants' motion for summary judgment is GRANTED, and that SBCTC's motion for summary judgment is GRANTED, for the reasons stated by the Court at the November 15, 2016 hearing.

IT IS SO ORDERED.

Dated:     12/9/2016                              /s/ John A. Mendez_____
                                                  The Honorable John A. Mendez
                                                  U. S. District Court Judge
                                                  Eastern District of California

APPROVED AS TO FORM:
Dated:  December 8, 2016

*/s/ Jonathan P. Barker (signature used by permission granted December 8, 2016)*
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Ronald J. Holland (State Bar No. 148687)
Ellen M. Bronchetti (State Bar No. 226975)
Jonathan P. Barker (State Bar No. 233652)
*Attorneys for Plaintiffs Unico Mechanical Corp. and Alfred Conhagen, Inc. of California*