1  KAMALA D. HARRIS
   Attorney General of California
2  MARC A. LEFORESTIER
   Supervising Deputy Attorney General
3  JOHN W. KILLEEN, State Bar No. 258395
   Deputy Attorney General (attorney for notice)
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 445-1968
6   Fax:  (916) 324-8835
    E-mail:  John.Killeen@doj.ca.gov
7  *Attorneys for Kamala Harris, Christine Baker,
   Diane Ravnik, and Matt Rodriquez*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **UNICO MECHANICAL CORP, a California corporation, and ALFRED CONHAGEN, INC. OF CALIFORNIA, a California Corporation,**

Case No. 2:15-cv-00996-JAM-DB

14

15

**JUDGMENT**

Plaintiffs,

16

v.

| | |
|---|---|
| Date: | November 15, 2016 |
| Time: | 1:30 p.m. |
| Dept: | 6 |
| Judge: | Hon. John A. Mendez |
| Action Filed: | 5/7/2015 |

17

18  **KAMALA HARRIS, in her official capacity as Attorney General for the State of California; CHRISTINE BAKER, in her official capacity as the Director of the California Department of Industrial Relations; DIANE RAVNIK, in her official capacity as the Chief of the California Division of Apprenticeship Standards; and MATT RODRIQUEZ, in his official capacity as California Secretary for Environmental Protection,**

19

20

21

22

23

24

Defendants,

25  **STATE BUILDING AND CONSTRUCTION TRADES COUNCIL OF CALIFORNIA, AFL-CIO,**

26

27

Intervenor-Defendants.

28

Pursuant to the ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, entered December 12, 2016, it is hereby ordered, adjudged, and decreed that:

(1) The complaint filed on May 7, 2015 is dismissed.

(2) Judgment is entered in favor of Defendants Kamala Harris, Christine Baker, Diane Ravnik, and Matt Rodriquez (in their respective official capacities) and of Intervenor-Defendant State Building Construction Trades Council of California, AFL-CIO on all causes of action.

IT IS SO ORDERED.

Dated:  12/19/2016   /s/ John A. Mendez_____
The Honorable John A. Mendez
U. S. District Court Judge
Eastern District of California

APPROVED AS TO FORM:
Dated:  December 16, 2016

*/s/ Jonathan P. Barker (signature used by permission granted December 16, 2016)*
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Ronald J. Holland (State Bar No. 148687)
Ellen M. Bronchetti (State Bar No. 226975)
Jonathan P. Barker (State Bar No. 233652)
*Attorneys for Plaintiffs Unico Mechanical Corp. and Alfred Conhagen, Inc. of California*